IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SARAH NEUGEBAUER                                                                               PLAINTIFF

V.                              CASE NO. 5:14CV00338 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 22nd day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE